```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

BENJAMIN K. KLEINMAN (NYBN 5358189)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7108
    FAX: (415) 436-7234
    Benjamin.kleinman2@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN HUBERT, <br><br> Defendant. | NO. 3:21-CR-00291-JCS <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against KEVIN HUBERT.

DATED: 8/15/22

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ *Benjamin K. Kleinman*
BENJAMIN K. KLEINMAN
Assistant United States Attorney

1 | Leave is granted to the government to dismiss the Information.

Date: <u>August 15, 2022</u>

_____
HON. JOSEPH C. SPERO
United States Chief Magistrate Judge